STATE OF NORTH CAROLINA v. BRYANT CLIFTON FAULKNER

No. 709SC278

(Filed 27 May 1970)

**Criminal Law § 146— appeal from guilty plea**

Where a defendant enters a plea of guilty, his appeal presents for review only whether error appears on the face of the record proper.

APPEAL by defendant from *May, S.J.,* November 1969 Special Criminal Session of FRANKLIN Superior Court.

Defendant was charged in a bill of indictment with felonious breaking and entering, larceny and receiving. The defendant was found to be indigent and counsel was appointed. Upon the case being called for trial, the defendant entered a plea of guilty to breaking and entering and larceny. The plea was accepted by the court and judgment was pronounced imposing an active sentence of five (5) to seven (7) years. The defendant gave notice of appeal to this Court and his present counsel was appointed to represent him.

*Attorney General Robert Morgan by Assistant Attorney General R. S. Weathers for the State.*

*Conrad B. Sturges, Jr., for defendant appellant.*

VAUGHN, J.

Where the defendant enters a plea of guilty, his appeal presents for review only whether error appears on the face of the record proper. *State v. Dawson,* 268 N.C. 603, 151 S.E. 2d 203. The attorney for the defendant has brought forward three assignments of error but candidly admits that the North Carolina law relevant to each assignment shows them contrary to law.

The record upon appeal shows the defendant was charged in a bill of indictment, proper in form. Prior to the acceptance of defendant's plea of guilty, the trial court questioned the defendant as to his understanding of the nature of the offense, his opportunity to confer with his counsel, his knowledge of the offense charged and the punishment therefore under the statute. Upon inquiries made of the defendant in open court, the trial judge found as a fact that the defendant's plea was made without undue influence, compulsion or duress and without promise of leniency. The sentence is well within

that authorized by the statute. We have examined the record and find no error therein.

Affirmed.

CAMPBELL and PARKER, JJ., concur.